**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00653-CR
## No. 05-13-00655-CR

## JESUS ANTONIO DESANTIAGO, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-83076-2011, 401-80377-2011**

## ORDER

The Court **REINSTATES** the appeal.

On October 16, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 25, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the October 16, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
        JUSTICE